KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. |
| v. ) | |
| ) | |
| PAUL J. MALIKOWSKI, ) | COMPLAINT |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States of America, by the undersigned counsel, for its complaint against the above-named defendants alleges as follows:

1. This is a civil action brought by the United States of America to reduce to judgment federal income tax assessments against defendant Paul J. Malikowski and to foreclose federal tax liens against the real property located at 4755 Cedarhill, Reno, Nevada 89509.

2. This action is brought at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, pursuant to Sections 7401 and 7402 of the Internal Revenue Code (IRC) of 1986 (26 U.S.C.).

- 1 -

3. The Court has jurisdiction over this action pursuant to 26 U.S.C. §§ 7402 and 7403 and by 28 U.S.C. §§ 1340 and 1345.

4. Venue is proper in the District of Nevada pursuant to 28 U.S.C. §§ 1391(b) and 1396 because because the tax liabilities accrued in Nevada and the real property at issue in this suit is located in Nevada.

5. On the dates set forth below, a delegate of the Secretary of the Treasury made timely assessments against Paul J. Malikowski for federal income taxes, penalties, interest, and other statutory additions for the periods and in the amounts as follows:

| Tax Year | Date of Initial Tax Assessment | Unpaid Balance of Assessed Tax, Penalties and Interest | Unpaid Balance of Additional Interest and Penalties as of 8/05/2013 | Total Outstanding Balance Through 8/05/2013 |
|---|---|---|---|---|
| 2002 | 09/08/2003 | $3,057.83 | $14,372.21 | $17,430.04 |
| 2003 | 05/31/2004 | $11,873.44 | $8,000.15 | $19,873.59 |
| 2004 | 05/23/2005 | $2,638.41 | $2,294.27 | $4,932.68 |
| 2005 | 05/29/2006 | $6,282.62 | $4,054.41 | $10,337.03 |
| 2006 | 05/28/2007 | $2,734.88 | $1,472.72 | $4,207.60 |
| 2007 | 11/02/2008 | $5,116.48 | $1,930.05 | $7,046.53 |

6. Proper notice and demand for payment of the assessments set forth in paragraph no. 5, above, has been made on defendant Paul J. Malikowski.

7. Despite timely notice and demand for payment of the assessments set forth in paragraph no. 5, above, defendant Paul J. Malikowski has neglected, failed or refused to pay the liabilities in full and there remains due and owing to the United States the amount of $63,827.47 plus interest, penalties, and other statutory additions as provided by law.

8. Defendant Paul J. Malikowski obtained legal title to the real property located at 4755 Cedarhill, Reno, Nevada 89509 (the "Subject Property") by a Grant, Bargain and Sale Deed recorded on April 9, 2003, with the Washoe County Recorder's Office, Reno, Nevada.

9. The Subject Property, APN: 041-523-14, located at 4755 Cedarhill, Reno, Nevada 89509 is

legally described as follows:

> Lot 318, Block C of VANTAGE POINT-UNIT 3, a Planned Unit Development, according to the map thereof, filed in the Office of the County Recorder of Washoe County, State of Nevada, on May 13, 1994 as File No. 1796743, Tract Map No. 3034.

10. Bank of America, N.A., holds a Deed of Trust on the Subject Property, which was recorded with Washoe County Recorder's Office on April 9, 2003.

11. Pursuant to 26 U.S.C. § 6321 and § 6322, liens arose in favor of the United States on the dates of the assessments set forth in paragraph 5 above and attached to all property and rights to property of Paul J. Malikowski, including the Subject Property identified in paragraph 9 above.

12. On February 27, 2007, a delegate of the Secretary of Treasury recorded in the Wahsoe County Recorder's Office, a Notice of Federal Tax Lien against Paul J. Malikowski for unpaid federal income tax liabilities for the tax years 2002, 2003, and 2004.

13. On February 22, 2010, a delegate of the Secretary of Treasury recorded in the Wahsoe County Recorder's Office, located in Reno, Nevada, a Notice of Federal Tax Lien against Paul J. Malikowski for unpaid federal income tax liabilities for the tax years 2005, 2006, and 2007.

14. The United States seeks to foreclose the federal tax liens described above through sale of the real property identified in paragraph 9.

WHEREFORE, the plaintiff United States requests entry of judgment in its favor as follows:

A. That the Court enter Judgment against Paul J. Malikowski and in favor of the United States in the amount of $63,827.47, together with interest, penalties and other statutory additions as provided by law, less any credits for payments, for unpaid federal income taxes for the 2002, 2003, 2004, 2005, 2006, and 2007 tax years;

B. That the United States has valid and subsisting liens by virtue of the assessments set forth in paragraph 5, above, and by virtue of the filed Notices of Federal Tax lien identified in paragraphs 12 and 13, above, on all property and rights to property belonging to Paul J. Malikowski including his interest in the real property identified in paragraph 9 above;

C. That the federal tax liens of the United States of America described above be foreclosed

and that the real property described in paragraph 9 above be sold and the proceeds distributed in accordance with the Court's findings as to the validity and priority of the liens and claims of all parties; and

    D.    That the United States of America be granted such other and further relief as the Court deems just and proper, including fees and costs as allowed by law.

Dated this 4th day of September, 2013.

KATHRYN KENEALLY
Assistant Attorney General

/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

Of Counsel:
DANIEL BOGDEN
United States Attorney

- 4 -