**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
311 S. Division St.
Carson City, NV 89703

www.ctcorporation.com

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

2013 SEP 20 P 1: 19

September 16, 2013

Virginia Cronan Lowe
US Department of Justice
P.O. Box 683,
Ben Franklin Station,
Washington, DC  20044-0683

Re:  United States of America, Pltf. vs. Paul J. Malikowski and Bank of America, N.A., Dfts.

Case No.  313CV00470RCJVPC

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

Bank of America, N.A. is not listed on our records or on the records of the State of NV.

Very truly yours,


The Corporation Trust Company of Nevada

Log# 523505940

Sent By Regular Mail

cc: District of Nevada - U.S. District Court
    333 Las Vegas Boulevard,
    South,
    Las Vegas, NV  89101


**(Returned To)**

Virginia Cronan Lowe
US Department of Justice
P.O. Box 683,
Ben Franklin Station,
Washington, DC  20044-0683