DANIEL G. BOGDEN
United States Attorney
District of Nevada

GREG ADDINGTON
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: 775-784-5438
Facsimile: 775-784-5181
Email: greg.addington@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No: 3:13-cv-00470-RCJ-VPC<br>) |
| v. | )<br>) **ORDER** |
| PAUL J. MALIKOWSKI, *et al.*, | )<br>) |
| Defendants. | ) |

## MOTION AND SPECIAL SHOW CAUSE TO PERMIT APPEARANCE OF GOVERNMENT COUNSEL *PRO HAC VICE*

Pursuant to LR IA 10-3, the United States Attorney for the District of Nevada respectfully requests that the Court permit Virginia Cronan Lowe to practice before this Court in all matters relating to the above-captioned case. Ms. Lowe is a trial attorney with the United States Department of Justice, Tax Division, with her office located in Washington, D.C., and is an active member in good standing of the Massachusetts bar.

1

The following contact information is provided to the Court:

>Virginia Cronan Lowe, Trial Attorney
>United States Department of Justice
>Tax Division
>P.O. Box 683, Ben Franklin Station
>Washington, DC 20044
>Phone: (202) 307-6484
>Fax: (202) 307-0054
>virginiacronan.lowe@usdoj.gov
>Massachusetts Bar No. 544176

The grounds for this motion and special show cause to enter an appearance in this case are as follows:

1. The "conduct of litigation in which the United States, an agency, or officer thereof is a party, or is interested, and securing evidence therefor, is reserved to officers of the Department of Justice, under the discretion of the Attorney General." 28 U.S.C. § 516. In addition, pursuant to 28 U.S.C. § 515(a), the Attorney General or any other officer of the Department of Justice is authorized to conduct any kind of legal proceeding, civil or criminal, which United States Attorneys are authorized to conduct, "whether or not he is a resident of the district in which the proceeding is brought." Further, any officer of the Department of Justice may be sent by the Attorney General to any judicial district in the United States "to attend to the interests of the United States in a suit pending in a court of the United States, . . . or to attend to any other interest of the United States." 28 U.S.C. § 517.

2. Pursuant to these statutory authorities, the Attorney General has delegated litigation authority to the Assistant Attorney General for the Tax Division, 28 C.F.R., Subpart M, including the assignment of civil suits and matters in federal courts arising under the internal revenue laws. 28 C.F.R. § 0.70(a).

3. While these statutory and legal authorities ordinarily establish the basis for a Tax Division attorney to appear on behalf of the United States in any federal court, on June 6, 2012, this Court gave notice to the First Assistant U.S. Attorney for the United States Attorney's Office for the District of Nevada that the Court "will no longer grant *pro hac* recognition to Washington

10459696.1

1  D.C. Justice Attorneys without a special show cause that they will comply with court orders, local ethical rules and the rules of the State Bar of Nevada." (*United States of America v. Estate of E. Wayne Hage, et al.,* 2:07-cv-01154-RCJ-VCF; ECF # 336 at 2). In light of that notice, the United States attaches the Declaration of Virginia Cronan Lowe, which attests that Ms. Lowe will comply with court orders, local ethical rules, and the rules of the State Bar of Nevada.

    Accordingly, the United States Attorney respectfully requests that an order be issued at the earliest opportunity allowing Virginia Cronan Lowe to practice before this Court in this matter.

    Respectfully submitted this 5th day of September 2013.

DANIEL G. BOGDEN
United States Attorney

*/s/ Greg Addington*
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED: March 18, 2014

10459696.1