CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484
Facsimile:  (202) 307-0054
Virginiacronan.lowe@usdoj.gov

DANIEL G. BOGDEN
United States Attorney
*Of Counsel*

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No: 3:13-cv-00470-RCJ-VPC |
| v. | ) NOTICE OF RESOLUTION OF CASE AND REQUEST TO VACATE THE CALENDAR CALL AND TRIAL DATES |
| PAUL J. MALIKOWSKI, *et al.*, | ) |
| Defendants. | ) |

Comes now the parties, the United States of America Paul J. Malikowski, and Bank of America, to hereby notify the Court of a resolution of this matter and to request that the calendar call and trial date be vacated.

1. In order to resolve this matter, defendant Paul Malikowski is in the process of obtaining financing to pay the outstanding federal income tax liabilities at issue in this matter.  It will take at least 30 days to complete the loan process.  Upon payment of the tax liabilities there will be no outstanding issues for resolution in this matter.

14348464.1

2.  A bench trial in this matter is scheduled for the calendar starting September 12, 2016, and a calendar call is scheduled for September 6, 2016.  The parties request that the calendar call and bench trial dates be vacated while the parties complete the process of resolving this matter.  This request is not meant for delay but rather to resolve this matter without incurring any additional costs or fees.

3.  The parties request that the Court order the parties to file a stipulation for dismissal or status report as to the resolution of this case within 60 days, or on or before October 31, 1016.

Respectfully submitted this 31st day of August, 2016.

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

*/s/ Virginia Cronan Lowe*
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

DANIEL G. BOGDEN
United States Attorney
*Of Counsel*
Attorneys for the United States of America


*/s/ Paul J. Malikowski*
PAUL J. MALIKOWSKI
P. O. Box 9030
Reno, Nevada 89507-9030

*/s/ Natalie L. Winslow*
NATALIE L. WINSLOW
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

Attorney for Bank of America, N.A.


IT IS SO ORDERED.

Dated: This 31st day of August, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

14348464.1