```
1   CAROLINE D. CIRAOLO
    Acting Assistant Attorney General
2
    VIRGINIA CRONAN LOWE
3   Trial Attorney, Tax Division
    U.S. Department of Justice
4   P.O. Box 683
    Ben Franklin Station
5   Washington, D.C. 20044-0683
    Telephone: (202) 307-6484
6   Facsimile:  (202) 307-0054
    Virginiacronan.lowe@usdoj.gov
7
    DANIEL G. BOGDEN
8   United States Attorney
    Of Counsel
9
    Attorneys for the United States of America
10
```

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No: 3:13-cv-00470-RCJ-VPC |
| ) v. ) | STIPULATION FOR DISMISSAL WITH PREJUDICE [and Proposed Order] |
| PAUL J. MALIKOWSKI, *et al.*, ) | |
| ) Defendants. ) | |

Comes now the parties, the United States of America Paul J. Malikowski, and Bank of America, to hereby stipulate that the Complaint in this case be dismissed with prejudice, and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

14514278.1

each party to bear its owns attorney's fees and costs.

Respectfully submitted this 20th day of October, 2016.

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

*/s/ Virginia Cronan Lowe*
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

DANIEL G. BOGDEN
United States Attorney
*Of Counsel*
Attorneys for the United States of America

| | |
|---|---|
| */s/ Paul J. Malikowski* | */s/ Natalie L. Winslow* |
| PAUL J. MALIKOWSKI | NATALIE L. WINSLOW |
| P. O. Box 9030 | AKERMAN LLP |
| Reno, Nevada 89507-9030 | 1160 Town Center Drive, Suite 330 |
| | Las Vegas, NV 89144 |
| | Attorney for Bank of America, N.A. |

IT IS SO ORDERED.

Dated: October 21, 2016

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

2

14514278.1